# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Michael L. Hawkins Jr.<br>Lisa A. Hawkins | : | Case No. 25-53827 |
| | : | Chapter 13 |
| | : | Judge Mina Nami Khorrami |

### WITHDRAWAL OF OBJECTION TO CONFIRMATION (DOC. 14) AND RECOMMENDATION IN FAVOR OF CONFIRMATION

Now comes Edward A. Bailey, Chapter 13 Trustee, and withdraws his Objection to Confirmation filed on October 09, 2025 and therefore recommends to the Court that Debtor(s) Plan be confirmed.

**TERMS OF PLAN BASED ON AMENDMENTS (if any):**

**Below Median Income**

**Best Interest Dividend: 21%     Dividend: 21%**

 **Plan Payments:  $1,100 per month for 2 months, $1290 per month for the duration of the plan.**

**Length:  42 Months**

**Furthermore, Trustee notes:**
**Debtor's' counsel to upload the Wage Order.**

Dated: 10/20/2025

Respectfully submitted,

**/s/Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below a copy of the Trustee's Withdrawal of Objection to Confirmation was served on the Office of the United States Trustee and Debtor's attorney electronically through the court's ECF System at the email address registered with the court, and on Michael L. Hawkins Jr. 1126 Urana Ave. Columbus, OH 43224 Lisa A. Hawkins 1126 Urana Ave. Columbus, OH 43224 by regular first class mail, postage prepaid.

Dated: 10/20/2025

/s/**Edward A. Bailey**
Edward A. Bailey (0068073)
Chapter 13 Trustee
550 Polaris Parkway, Suite 500
Westerville, OH 43082
Tel: (614)-436-6700
Fax: (614)-436-0190
Email: trustee@ch13.org